AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) |
| v. | ) |
|  | ) Case No. DR-09-CR-0006 (01) |
|  | ) |
|  | ) |
| STEPHANIE MICHELLE WALKER | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   STEPHANIE MICHELLE WALKER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

VIOLATION OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

Date:   01/26/2012

*Issuing officer's signature*

City and state:   DEL RIO, TEXAS

C. RODRIGUEZ, U.S. DEPUTY CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*