

**FILED**

MAR 2 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | Crim. Action |
| v. § § § § | DR-09-CR-0006 (01) AM |
| (1) STEPHANIE MICHELLE WALKER § | |

## ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING DEFENDANT

On **February 29, 2012**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **January 25, 2012**. The defendant, **(1)STEPHANIE MICHELLE WALKER**, appeared with his attorney **Alberto M. Ramon**, and the government appeared by Assistant United States Attorney, **Don McCune**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the violation alleged in the Petition to Revoke Supervised release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on **February 29, 2012**, that the defendant has violated the terms of supervised release as alleged in the said petition. Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

Upon oral Motion by the Government to dismiss the original petition to Revoke Supervised Release hereby **GRANTED**.

It is hereby **ORDERED** that the terms of supervised release ordered on **January 14, 2010**, as set out in the judgment entered on **January 14, 2010**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(01) STEPHANIE MICHELLE WALKER**, be

committed to the custody of the U.S. Bureau of Prisons for a term of **TWO (02) MONTHS,** pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served from **January 12, 2012** forward. Upon release from imprisonment the defendant shall be placed on supervised release for a period of **Three (3) years**. While on supervised release, the defendant shall comply with all standard and special conditions previously imposed and the following:

The first three (3) months of supervised release, the defendant shall reside at a Halfway House and shall observe the rules of that facility. Further, once employed, the Defendant shall pay 25% of his weekly gross income for his subsistence as long as that the amount does not exceed the daily contract rate.

Upon release from the Halfway House the defendant is to reside with dependants grandmother.

The defendant shall participate in Drug and Mental health program approved by the U.S. Probation Office.

**SIGNED** on this _2_ day of March, 2012

ALIA MOSES
United States District Judge

### RETURN

I have executed this Revocation Order as Follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal