PROB 12C
(7/93)

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

FILED
MAY 24 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Stephanie Michelle Walker    Case Number: DR-09-CR-0006(1)

Name of Sentencing Judicial Officer: Honorable Alia Moses, United States District Judge

Date of Original Sentence: January 14, 2010

Original Offense: Ct. III: Importation of Less Than 50 Kilograms of Marijuana, 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(4)

Original Sentence: 36 months imprisonment followed by a three (3) year term of supervised release; $1,000 fine

Sentence at Revocation: two (2) months imprisonment followed by three (3) years supervised release

Type Of Supervision: Supervised Release    Date Supervision Commenced: November 22, 2011

Assistant U.S. Attorney: Janet Celeste Blackburn    Defense Attorney: Alberto Ramon

---

## PETITIONING THE COURT

__X__    To issue a WARRANT

___    To Issue a WARRANT and TRANSFER JURISDICTION to the Western District of Texas.

___    To issue a SUMMONS

The probation officer believes the offender has violated the following conditions of supervision:

Walker, Stephanie Michelle
Petition for Warrant for Offender Under Supervision
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Standard Condition:** The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation Officer.

On May 4, 2012, the U.S. Probation Officer was advised by Residential Re-entry Center staff that Walker received mail from inmates in the Texas State Jail system and the Alabama State Prison system. Their respective names are: ChaBryan Winston and Courtney Love. Both letters indicated recent contact with Walker. |
| 2. | **Special Condition:** The first three (3) months of supervised release, the defendant shall reside at a Halfway House and shall observe the rules of that facility. Further, once employed, the Defendant shall pay 25% of her weekly gross income for her subsistence as long as the amount does not exceed the daily contract rate.

On May 8, 2012, the Residential Re-Entry Director unsatisfactorily discharged the offender from the facility. |
| | **Standard Condition:** The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay. |
| 4. | On March 9 and 29, 2012, Walker failed to attend individual drug treatment counseling and on April 6 and 12, and May 1, 3 and 9, 2012, Walker failed to submit to random drug testing. |
| | **Special Condition:** The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

On April 30, 2012, Walker submitted a urine sample that tested positive for opiates. |

U.S. Probation Officer Recommendation:

Since the onset of her placement in the Residential Re-entry Center, the offender has been disruptive and belligerent. Despite the opportunity provided by the Court, she has continued to show a lack of intent to modify her behavior for a law abiding existence. She has wasted time and resources provided to her and is not a good candidate for supervision.

Walker, Stephanie Michelle
Petition for Warrant for Offender Under Supervision
Page 3

The term of supervision should be:

X    revoked. (Maximum penalty: Two (2) years imprisonment; up to life supervised release; and payment of any unsatisfied mandatory sanction previously imposed)

___    extended for _____ years, for a total term of _____ years.

___    The conditions of supervision should be modified as follows:

Approved:

_____
Dwayne Jones
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Laura W. Howard
Senior U.S. Probation Officer,
Date: May 10, 2012
Telephone #: 512-916-5761, ext. 247

Approved:

_____
~~Janet Celeste Blackburn~~ Eric B. Green
Assistant U.S. Attorney

---

## THE COURT ORDERS

___    No Action

✓    The issuance of a WARRANT. Bond is set in the amount of $ __detain__ cash / surety with supervision by the United States Probation Office to continue as a condition of release.

___    The issuance of a SUMMONS.

___    Other

_____
Alia Moses
United States District Judge

5/24/12
Date