PROB 12C
(7/93)

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS
### Amended
### Petition for Warrant or Summons for Offender Under Supervision




FILED
JUN 18 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Name of Offender: Stephanie Michelle Walker                Case Number: DR-09-CR-0006(1)

Name of Sentencing Judicial Officer: Honorable Alia Moses, United States District Judge

Date of Original Sentence: January 14, 2010

Original Offense: Ct. III: Importation of Less Than 50 Kilograms of Marijuana, 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(4)

Original Sentence: 36 months imprisonment followed by a three (3) year term of supervised release; $1,000 fine

Sentence at Revocation: two (2) months imprisonment followed by three (3) years supervised release

Type Of Supervision: Supervised Release                Date Supervision Commenced: November 22, 2011

Assistant U.S. Attorney: Janet Celeste Blackburn                Defense Attorney: Alberto Ramon

## PETITIONING THE COURT

_X_   No Action needed warrant was issued on May 25, 2012. This is an amended petition only.

___   To Issue a WARRANT and TRANSFER JURISDICTION to the Western District of Texas.

___   To issue a SUMMONS

The probation officer believes the offender has violated the following conditions of supervision:

Walker, Stephanie Michelle
Petition for Warrant for Offender Under Supervision
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Standard Condition:** The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation Officer.<br><br>On May 4, 2012, the U.S. Probation Officer was advised by Residential Re-entry Center staff that Walker received mail from inmates in the Texas State Jail system and the Alabama State Prison system. Their respective names are: ChaBryan Winston and Courtney Love. Both letters indicated recent contact with Walker. |
| 2. | **Standard Condition:** The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>On June 5, 2012, Walker failed to report to the U.S. Probation Officer as instructed. |
| 3. | **Special Condition:** The first three (3) months of supervised release, the defendant shall reside at a Halfway House and shall observe the rules of that facility. Further, once employed, the Defendant shall pay 25% of her weekly gross income for her subsistence as long as the amount does not exceed the daily contract rate.<br><br>On May 8, 2012, the Residential Re-Entry Director unsatisfactorily discharged the offender from the facility. |
| 4. | **Standard Condition:** The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.<br><br>On March 9 and 29, 2012, Walker failed to attend individual drug treatment counseling and on April 6 and 12, and May 1, 3 and 9, 2012, Walker failed to submit to random drug testing.<br><br>**Special Condition:** The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.<br><br>Walker submitted a urine sample that tested positive for opiates on April 20, 2012, and marijuana on May 8, 2012, as confirmed by Alere Laboratory. |

U.S. Probation Officer Recommendation:

Since the onset of her second placement in the Residential Re-entry Center, the offender has been disruptive and belligerent. Despite the opportunity provided by the Court, she has continued to show a lack of intent to modify her behavior for a law abiding existence. She has wasted time and resources provided to her and is not a good candidate for supervision.

The term of supervision should be:

X     revoked. (Maximum penalty: Two (2) years imprisonment; up to life supervised release; and payment of any unsatisfied mandatory sanction previously imposed)

___     extended for _____ years, for a total term of _____ years.

___     The conditions of supervision should be modified as follows:

Approved:

_____
Dwayne Jones
Supervising U.S. Probation Officer

Approved:

_____
Janet Celeste Blackburn / Chris Blanton
Assistant U.S. Attorney

Respectfully Submitted,

_____
Laura W. Howard
Senior U.S. Probation Officer,
Date: June 8, 2012
Telephone #: 512-916-5761, ext. 247

THE COURT ORDERS

___     No Action

___     The issuance of a WARRANT.    Bond is set in the amount of $_____ cash / surety with supervision by the United States Probation Office to continue as a condition of release.

___     The issuance of a SUMMONS.

X     Other   No warrant needed — amended petition for distribution

_____
Alia Moses
United States District Judge

6-18-12
Date