UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:09-CR-00006(1)-AM |
| | § | |
| (1) STEPHANIE MICHELLE WALKER | § | |

### ORDER REVOKING SUPERVISED RELEASE
### AND RE-SENTENCING DEFENDANT

On **August 15, 2012**, came on to be heard before the Court, the Government's Amended Petition to Revoke the Defendant's term of supervised release filed on **June 18, 2012**.  The defendant, **(1) STEPHANIE MICHELLE WALKER**, appeared with his attorney **Alberto M. Ramon**, and the government appeared by Assistant United States Attorney, **Robert Cadena**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on **August 15, 2012**, that the defendant has violated the terms of  supervised release as alleged in the said petition.  Thus, the Government's Amended petition to revoke will be and is hereby **GRANTED**.

Upon oral Motion by the Government to dismiss the original petition to Revoke Supervised Release hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **February 29, 2012**,  as set out in the judgment entered on **March 2, 2012**, being the same, is hereby revoked

and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) STEPHANIE MICHELLE WALKER** be committed to the custody of the U.S. Bureau of Prisons for a term of **TWENTY-FOUR (24) months**, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served from **June 27, 2012**, forward. No further term of supervised release is imposed.

The Court recommends that the defendant be incarcerated as close to Boston, MA, as possible.

SIGNED on this **20th day of August, 2012**.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE

## RETURN

I have executed this Revocation Order as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal